IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| In re:<br><br>STEVEN VINCENT SANN,<br><br>Debtor. | CV 16–113–M–DLC<br><br>Bankruptcy Court Case No.<br>14-61370-7/15-00023 |
| CHRISTY L. BRANDON, as Chapter 7 Trustee of the Estate of Steven Vincent Sann,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. SHERWOOD, and MICHAEL J. SHERWOOD, P.C.,<br><br>Defendants. | ORDER |

Before the Court is Defendants' Motion to Stay District Court's Order and Judgment Pending Appeal (Doc. 26) and Supplemental Motion to Stay District Court's Order and Judgement Pending Appeal (Doc. 29). As the deficiencies in the former were ameliorated by the latter's attachment of a General Surety Rider

increasing the bond amount to $70,000, the Motion to Stay is unopposed. (Doc. 29 at 2.) Accordingly,

IT IS ORDERED that Defendants' Motion to Stay District Court's Order and Judgement Pending Appeal (Doc. 26) and Supplemental Motion to Stay District Court's Order and Judgment Pending Appeal (Doc. 29) are GRANTED. The Court's Order affirming the Bankruptcy Court's Order awarding judgment in favor of Plaintiff for the sum of $53,532.00 (Doc. 25) is STAYED pending appeal to the United States Court of Appeals for the Ninth Circuit.

IT IS FURTHER ORDERED that all other proceedings in this Court or in the United States Bankruptcy Court for the District of Montana Adversary Proceeding No. 15–23–JDP are STAYED pending appeal to the United States Court of Appeals for the Ninth Circuit. This includes, but is not limited to, briefing and proceedings related to Plaintiff's Motion for Attorneys' Fees and Brief in Support (*Brandon v. Sherwood*, Adv. No. 15–23–JDP, Docs. 148; 149 (Bankr. D. Mont. Aug. 29, 2016).

Dated this 12th day of December, 2017.

/s/ Dana L. Christensen
Dana L. Christensen, Chief Judge
United States District Court